The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-186 RSL |
|---|---|
| Plaintiff | |
| v. | [PROPOSED] ORDER TO SEAL |
| VICTOR KYLE HEGLIN-HERNANDEZ, | |
| Defendant. | |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the STIPULATED MOTION FOR A PROTECTIVE ORDER REGARDING CERTAIN DISCOVERY ITEMS and ORDER shall remain sealed.

DATED this 10th day of March, 2020.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Chantelle Dial*
Chantelle Dial
Assistant United States Attorney

Order to Seal
*United States v. Victor Kyle Heglin-Hernandez*, CR19-186 RSL- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970