JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VICTOR KYLE HEGLIN-HERNANDEZ, <br><br> Defendant. | No. CR19-186-RSL <br><br> ORDER GRANTING AGREED MOTION TO MODIFY BOND CONDITIONS |

This Court has reviewed the agreed motion to modify the bond conditions, and has reviewed the records and files in this case.

The defendant's motion is GRANTED. The condition requiring a third-party custodian is stricken.

DATED this 2nd day of June, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Submitted by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Victor Heglin-Hernandez

ORDER MODIFY BOND CONDITIONS
(*USA v. Heglin-Hernandez* / CR19-186-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100